IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ORACLE ATLANTA 2017 LP,<br><br>    Plaintiff,<br><br>    v.<br><br>NANDI HOBSON, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:25-cv-00178-TRJ |

### ORDER

This matter is before the Court following the Magistrate Judge's Final Report and Recommendation ("R&R") that this action be remanded to the Magistrate Court of DeKalb County. (Doc. 3). Under 28 U.S.C. § 636(b)(1), the Court reviews an R&R for clear error if no objections are filed by a party within 14 days after being served with a copy. The Magistrate Judge's R&R was served on January 17, 2025. No objection to the R&R has been filed; therefore, the clear error standard applies. Upon review of the R&R for clear error, the Court adopts its findings and conclusions as the opinion of the Court. For the reasons stated in the R&R, this action is **REMANDED** to the Magistrate Court of DeKalb County for lack of subject matter jurisdiction. The Clerk is **DIRECTED** to **CLOSE** this case.

SO ORDERED, this 13th day of February, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge